Decided October 7, 2003

## AUDLEY WATSON *v.* COMMISSIONER OF CORRECTION

The petitioner Audley Watson's petition for certification for appeal from the Appellate Court, 76 Conn. App. 903 (AC 22994), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Audley Watson,* pro se, in support of the petition.

*Christopher T. Godialis,* assistant state's attorney, in opposition.

Decided October 7, 2003